UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-22-0397 |
| § | |
| MAXIMILIANO ROJAS § | |
| LUIS ENRIQUE MARTINEZ § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

On or about October 24, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MAXIMILIANO ROJAS
and
LUIS ENRIQUE MARTINEZ**

with the intent to cause death and serious bodily harm, did take or attempt to take a motor vehicle, that is, a Chevrolet Silverado, that had been transported, shipped, and received in interstate commerce and foreign commerce from the person and presence of G.S.G., by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119.

#### Count Two

On or about October 24, 2021 through on or about October 26, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MAXIMILIANO ROJAS**

received and possessed a firearm, namely an Adams Arms Holding, LLC, model AA-15, multi caliber short barreled rifle, not registered to Maximiliano Rojas in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count Three

On or about October 24, 2021 through on or about October 26, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS ENRIQUE MARTINEZ**

received and possessed a firearm, namely an Adams Arms Holding, LLC, model AA-15, multi caliber short barreled rifle, not registered to Luis Enrique Martinez in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY